**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-6286**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DWIGHT SPEARS, a/k/a Whitey,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert D. Potter, Senior District Judge. (CR-92-53-P)

———————————

Submitted: July 2, 1998               Decided: July 27, 1998

———————————

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Dwight Spears, Appellant Pro Se. Robert James Conrad, Jr., Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dwight Spears appeals the district court's orders denying his petition for a writ of coram nobis and motion to reconsider. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Spears, No. CR-92-53-P (W.D.N.C. Jan. 5 & Jan. 30, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED